```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   11/20/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RONALD BRITT,                                     Docket No. 13 CV 8289

                                 Plaintiff,       **STIPULATION OF
                                                  PARTIAL SETTLEMENT**

                    -against-

THERMALD REALTY I, LP d/b/a
REALTY ASSOCIATES I
LP, and WAVECREST MANAGEMENT
TEAM, LTD. d/b/a WAVECREST
 MANAGEMENT GROUP, LLC and
WAVECREST EQUITIES, LLC, and
DOREEN ALDERMAN,

                                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

     IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

     1)     That Plaintiff commenced this action on or around October, 2013 against

the above named Defendants.  Plaintiff asserted five causes of action in the Complaint,

specifically alleging violations of New York State and Federal anti-discrimination

statutes as well as violations of New York State and Federal Labor Laws.

     2)     That Plaintiff and Defendants, Wavecrest Management Team, Ltd. d/b/a

Wavecrest Management Group, LLC and Wavecrest Equities, LLC ("Wavecrest") have

agreed to settle all claims that Plaintiff has against Wavecrest in this action and any

related actions.   Simultaneous with this document, Plaintiff and Wavecrest have

completed a Settlement Agreement and Release ("Settlement Agreement") that outlines

the terms and conditions of the settlement between these parties.

3) That in exchange for the terms and conditions outlined in the aforementioned Settlement Agreement, Plaintiff hereby agrees to discontinue, with prejudice, any and all claims asserted against Wavecrest in this lawsuit, and specifically the five causes of action asserted in this case.

4) Additionally, in exchange for the terms and conditions outlined in the aforementioned Settlement Agreement, Plaintiff hereby agrees to discontinue causes of action III, IV and V against all Defendants in this lawsuit, with prejudice.

5) As a result of the foregoing, the only cause of action that will remain is cause of action II against Thermald Realty I, LP, Thermald Realty Associates I LP, Thermald Realty Corp. and Doreen Alderman ("Thermald").

6) Wavecrest and Thermald have filed cross-claims against each other relating to causes of action III, IV and V. Wavecrest and Thermald agree that these cross claims are also withdrawn, with prejudice.

7) The parties acknowledge that the Settlement Agreement must be judicially approved. Should the Court not approve the Settlement Agreement for any reason, this Stipulation will have no effect and the parties will maintain all rights they otherwise had with respect to the litigation.

Kaufman Dolowich & Voluck, LLP
*Attorneys for Defendants*
Wavecrest Management Team, Ltd. d/b/a Wavecrest Management Group, LLC and
Wavecrest Equities, LLC
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

(516) 681-1100

KOERNER LAW FIRM
Attorneys for Plaintiff
111 John Street, Suite 230
New York, New York 10038

GOULD & BERG, LLP    by _____ (JBG 4510)
Attorneys for Defendants
Thermald Realty I, LP, Thermald Realty Associates I, LP and Thermald Realty Corp.
222 Bloomingdale Road, Suite 304
White Plains, New York 10605

_____
SO ORDERED

4818-3443-8432, v. 1

Dated: November 20, 2014
       New York, New York